B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**O-E Illinois, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Oil Express; DBA Oil Experts** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all):<br>**36-3081527** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN)<br>No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**77 North Ruffled Feathers Drive**<br>**Lemont, IL 60439**<br><br>ZIP CODE **60439-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): **2449 West 63rd Street**
**Woodridge, IL 60517**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☒ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1) (1/08)**                                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**O-E Illinois, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

B1 (Official Form 1) (1/08)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **O-E Illinois, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Michael White & /s/ Linda Spak**
Signature of Attorney for Debtor(s)
**Michael White 3001830 Linda Spak 6182329**
Printed Name of Attorney for Debtor(s)

Firm Name
**20 North Clark Street        2241 West Howard St.**
**Suite 1650                   Chicago, IL 60645**
**Chicago, IL 60602**
Address
**MWhit1967@aol.com & attorneyspak@yahoo.com**
**312-236-4544 & 312-719-8703  Fax:312-236-0182**
Telephone Number
**February 21, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Barbara Holloway-Little**
Signature of Authorized Individual
**Barbara Holloway-Little**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**February 21, 2009**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address
X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.*

**Form B1, Exhibit C**
**(9/01)**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **O-E Illinois, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## Exhibit "C" to Voluntary Petition

    1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **O-E Illinois, Inc.**                                              ,     Case No. _____

                                   Debtor

                                                                          Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,000,000.00 | | |
| B - Personal Property | Yes | 11 | 186,608.14 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 836,600.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 455,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 1,440,218.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 1,186,608.14 | | |
| Total Liabilities | | | | 2,731,818.14 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re     **O-E Illinois, Inc.** _____ ,

                                              Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **O-E Illinois, Inc.**                                                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Commercial Property**<br><br>**8240 South Harlem**<br>**Bridgeview, IL 60455** | **Fee simple** | **-** | **500,000.00** | **458,000.00** |
| **Commercial Property**<br><br>**4819 West 93rd Street**<br>**Oak Lawn, IL 60453** | **Fee simple** | **-** | **500,000.00** | **378,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,000,000.00** | (Total of this page) |
| Total > | **1,000,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **O-E Illinois, Inc.** _____ ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account # 580040717**<br><br>**Bridgeview Bank**<br>**7940 South Harlem**<br>**Bridgeview, IL 60455** | - | 400.00 |
| | | **Checking Account # 0604690300**<br><br>**State Bank of Countryside**<br>**6734 Joliet Road**<br>**Countryside, IL 60525** | - | 500.00 |
| | | **Checking Account # 0001423120**<br><br>**Fifth Third Bank**<br>**9400 South Cicero**<br>**Oak Lawn, Il 60453** | - | 100.00 |
| | | **Checking Account  # 417082018**<br><br>**U.S. Bank 2201 West 63rd Street**<br>**Downers Grove, IL 60516** | - | 0.00 |
| | | **Checking Account # 3400908004**<br>**Checking Account # 3400908014**<br><br>**Standard Bank**<br>**2400 West 95th Street**<br>**Evergreen Park, IL 60805** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

Sub-Total >        1,000.00
(Total of this page)

___10___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **O-E Illinois, Inc.**                                                    ,        Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Labor and Services**<br><br>**Bridgeview Airosol, Inc.**<br>**8407 South 77th Avenue**<br>**Bridgeview, IL 60455** | - | 123.80 |

Sub-Total >                    **123.80**
(Total of this page)

Sheet __1__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **O-E Illinois, Inc.**                                                      ,   Case No. _____
                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Labor and Services | - | 441.82 |
| | | GT Mechanical<br>15729 S. Annico Dr.<br>Homer Glen, Il. 60491 | | |
| | | Labor and services | - | 17,794.00 |
| | | GE Capital Fleet Service<br>P.O. Box 10063<br>Minneapolis, MN 55416 | | |
| | | Labor and services | - | 5,015.88 |
| | | Enterprise Fleet Service<br>1050 Lombard Rd.<br>Lombard, Il. 60148 | | |
| | | Labor and services | - | 156.20 |
| | | Dependable maintenance<br>806 Barclay Dr.<br>Bolingbrook, Il. 60440 | | |
| | | Labor and services | - | 3,670.58 |
| | | Consolidated Service Corp.<br>2500 Denon Ave.<br>Elk Grove, Il. 60007 | | |
| | | Labor and services | - | 191.22 |
| | | Craig Millwork<br>10410 W. 163rd place<br>Orland Park, Il. 60467 | | |
| | | Labor and services | - | 351.66 |
| | | Complete Temperature Service<br>9824 Industrial Dr.<br>Bridgeview, Il. 60455 | | |
| | | Labor and services | - | 263.96 |
| | | Preferred Coffee<br>P.O. Box 8147<br>Melrose Park, Il. 60161 | | |

|  | Sub-Total >   | 27,885.32 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **O-E Illinois, Inc.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Labor and services | - | 86.57 |
| | | Chicago Rail Link 2728 East 104th St. Chicago, Illinois   60617 | | |
| | | Labor and services | - | 43.50 |
| | | Carnica 1575 oakton St. Des Plaines, Il.   60018 | | |
| | | Labor and services | - | 318.37 |
| | | Caputo's Southwest Cement 8811 W. 167th Place Orland Hills, Il.   60477 | | |
| | | Labor and services | - | 294.04 |
| | | Illinois Brick Co. 7200 S. Ferdinand Bridgeview, Il.   60455 | | |
| | | Labor and services | - | 3,941.86 |
| | | Boss Construction 1904 Garnet Ct. Unit D New Lenox, Illinois   60451 | | |
| | | Labor and services | - | 80.81 |
| | | Chicago Block and Brick P.O. 388199 Chicago, Illinois | | |
| | | Labor and services | - | 2,427.14 |
| | | Beltway Railway of Chicago 6900 S. Central Chicago, Illinois   60638 | | |
| | | Labor and services | - | 106.71 |
| | | B & N Heating 3521 Martens St. Franklin Park, Il. 60131 | | |

Sub-Total >   **7,299.00**
(Total of this page)

Sheet __3__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **O-E Illinois, Inc.**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Labor and services** | - | **405.07** |
| | | **Bartolini Brothers Landscaping** **3128 Hawthorne St.** **Franklin Park, Il. 60131** | | |
| | | **Labor and services** | - | **69.23** |
| | | **Arnold Heating** **6603 W. 79th St.** **Burbank, Il. 60459** | | |
| | | **Labor and services** | - | **13,224.87** |
| | | **ARI Fleet Management** **9000 Midatlantic Dr.** **Mt. Laurel, NJ 08054** | | |
| | | **Labor and services** | - | **64.54** |
| | | **ARCORE Electric** **7344 W. 90th St.** **Brodgeview, Il. 60455** | | |
| | | **Labor and services** | - | **141.38** |
| | | **ARBE Garage Doors** **7211 S. Lockwood** **Chicago, Il. 60638** | | |
| | | **Labor and services** | - | **217.29** |
| | | **Ampsco, Inc.** **4635 S. Harlem** **Forestview, Il. 60402** | | |
| | | **Labor and services** | - | **205.74** |
| | | **All Truck Transportation** **4924 S. Austin** **Chicago, Il. 60638** | | |
| | | **Labor and services** | - | **1,935.66** |
| | | **Michael Rossier** **P.O. Box 1094** **Park Ridge, Il. 60068** | | |

Sub-Total >          **16,263.78**
(Total of this page)

Sheet __4__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **O-E Illinois, Inc.**
                                                                        ,       Case No. _____
                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Labor and sercvices | - | 302.09 |
| | | AAA Expert Heating<br>2474 Wisconsin Ave.<br>Downers Grove, Il.  60513 | | |
| | | Labor and services | - | 262.85 |
| | | American Roof Preservers<br>6813 Hobson Valley Dr. Ste. 102<br>Woodridge, Il.    60517 | | |
| | | Labor and services | - | 6,336.21 |
| | | Enterprise Fleet Services National<br>P.O. Box 16540<br>St. Louis, MO  63105 | | |
| | | Labor and services | - | 210.73 |
| | | Goulds Pump<br>6733 W. 73rd<br>Bedford park, Il.    60638 | | |
| | | Labor and services | - | 1,176.25 |
| | | Imperial Crane<br>7500 W. Imperial Dr.<br>Bridgeview, Il.    60455 | | |
| | | Labor and services | - | 339.84 |
| | | Illinois Transport<br>17201 State St.<br>South Hollnad, Il.    60473 | | |
| | | Labor and services | - | 156.66 |
| | | Jacob Press Sons<br>7674 W. 79th St.<br>Bridgeview, Il.    60455 | | |
| | | Labor and services | - | 284.93 |
| | | John J. Maroney<br>8301 S. 77th Ave.<br>Bridgeview, Il.    60455 | | |

Sub-Total >            **9,069.56**
(Total of this page)

Sheet __5__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    __O-E Illinois, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Labor and services | - | 427.96 |
| | | Jones Intercable<br>9520 W. 144th Place<br>Orland Park, Il.    60464 | | |
| | | Labor and services | - | 317.75 |
| | | Kalmar A.C. Sales & Service<br>11800 S. Austin<br>Alsip, Il.    60803 | | |
| | | Labor and Services | - | 1,142.83 |
| | | Lease Plan U.S.A.<br>180 Interstate North WY<br>Suite 400<br>Atlanta, GA 30339 | | |
| | | Labor and Services | - | 70.54 |
| | | M.C. Cleaning, Inc.<br>3107 Scenicwood<br>Woodrige, IL 60517 | | |
| | | Labor and Services | - | 885.71 |
| | | Mattress World<br>7401 South 78th Avenue<br>Bridgeview, IL 60455 | | |
| | | Labor and Services | - | 120.49 |
| | | Midwest Physicians Group<br>201110 Governors Highway<br>Olympia Fields, IL 60461 | | |
| | | Labor and Services | - | 65.19 |
| | | Natural Creations Landscaping<br>356 East Bruce Street<br>Joliet, IL 60434 | | |
| | | Labor and services | - | 81.16 |
| | | Oasis Irrigation<br>5040 Chase Ave.<br>Downers Grove, Il.    60515 | | |

Sub-Total >              3,111.63
(Total of this page)

Sheet __6__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **O-E Illinois, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Labor and services | - | 9,215.13 |
| | | P & M Mercury Mechanical Corp. 152 N. Railroad Ave. Northlake, Il.   60164 | | |
| | | Labor and services | - | 2,282.65 |
| | | Prairie Materials 794 S. Rte 53 Addison, Il.   60101 | | |
| | | Labor and services | - | 936.32 |
| | | Priority Messneger Service P.O. Box 66152 Chicago, Illinois   60666 | | |
| | | Labor and services | - | 82.76 |
| | | RFS Construction 9216 Pembrooke Lane Orland Park, Il.    60462 | | |
| | | Labor and services | - | 113.72 |
| | | Richards Building Supply 7000 West 63rd St. Chicago, Illinois   60638 | | |
| | | Labor and services | - | 464.00 |
| | | Southwest Limo Service 12054 W. 179th St. Mokena, Il.    60448 | | |
| | | Labor and services | - | 70.74 |
| | | Stan's Hardwood Flooring 7508 W. 85th Pl. Bridgeview, Il.    60455 | | |
| | | Labor and services | - | 100.08 |
| | | Village of Summit Fire Department 5810 S. Archer Summit, Il.   60501 | | |

|  | Sub-Total > | 13,265.40 |
|---|---|---|
|  | (Total of this page) | |

Sheet __7__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **O-E Illinois, Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Labor and services | - | 303.66 |
| | | Valco Messenger Service<br>12054 W. 179th St.<br>Mokena, Illinois    60448 | | |
| | | Labor and services | - | 75.97 |
| | | Weld-rite Service<br>6715 West 73rd<br>Bedford Park, Il.    60638 | | |
| | | Labor and services | - | 506.29 |
| | | Western DuPage Landscaping<br>31 W. 478 Diehl Rd.<br>Naperville, Il.    60563 | | |
| | | Labor and services | - | 1,317.61 |
| | | Weels, Inc.<br>P.O. Box    8618<br>Chicago, Il.    60860 | | |
| | | Labor and services | - | 386.12 |
| | | Zone Mechanical<br>12539 S. Holiday Dr. #A<br>Alsip, Il.    60803 | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >            2,589.65
(Total of this page)

Sheet __8__ of __10__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **O-E Illinois, Inc.**                                              ,     Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **License for use of name Oil Express** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **License for the use of name Oil Express** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **9 used computers used desks, chairs and fixtures**<br><br>**Various locations** | - | **1,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Wiper Blades, Transmission Kits, Bottled Oil, Oil Filters, Belts and other miscellaneous products** | - | **5,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >          **6,000.00**
(Total of this page)

Sheet __9__ of __10__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **O-E Illinois, Inc.**                                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Interest in Superfund escrow deposit relating to hazardous substances cleanup** | - | **100,000.00** |

|  |  |
|---|---|
| Sub-Total > | **100,000.00** |
| (Total of this page) | |
| Total > | **186,608.14** |

Sheet __10__ of __10__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **O-E Illinois, Inc.**                                                          Case No. _____
                                                     ,
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W   J C | | | | | | |
| Account No. **2449 W. 63rd Street, Woodridge** | | | **UCC** | | | | | |
| **American Enterprise Bank** **275 South Roselle Road** **Schaumburg, IL 60193** | - | | **Wiper Blades, Transmission Kits, Bottled Oil, Oil Filters, Belts and other miscellaneous products** | | X | | | |
| | | | Value $           **5,000.00** | | | | 0.00 | 0.00 |
| Account No. **0200066473** | | | July 25, 2008 | | | | | |
| **Bayview Loan Servicing** **P.O. Box 331409** **Miami, FL 33233-1409** | X - | | **First Mortgage** **Commercial Property** **4819 West 93rd Street** **Oak Lawn, IL 60453** | | X | | | |
| | | | Value $        **500,000.00** | | | | 378,000.00 | 0.00 |
| Account No. **10053736** | | | **March 24, 2006** | | | | | |
| **Standard Bank & Trust Company** **7800 West 95th Street** **Hickory Hills, IL 60457** | X - | | **Commercial Property** **8240 South Harlem** **Bridgeview, IL 60455** | | X | | | |
| | | | Value $        **500,000.00** | | | | 458,600.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

|  | Subtotal (Total of this page) | **836,600.00** | **0.00** |
|---|---|---|---|

**0** continuation sheets attached

|  | Total (Report on Summary of Schedules) | **836,600.00** | **0.00** |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **O-E Illinois, Inc.**                                                                        Case No. _____

                                                                    ,
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

3/12/09  3:50PM

B6E (Official Form 6E) (12/07) - Cont.

In re    **O-E Illinois, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Back Wages | | | | | |
| Barbara Holloway-Little 77 Ruffled Feathers Lane Lemont, IL 60439 | - | | | | X | | | 330,000.00 |
| | | | | | | | 330,000.00 | 0.00 |
| Account No. | | | Back Wages | | | | | |
| Robin Little 77 Ruffled Feathers Drive Lemont, IL 60439 | - | | | | X | | | 114,050.00 |
| | | | | | | | 125,000.00 | 10,950.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  1   of  1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 455,000.00 | 444,050.00 / 10,950.00 |
| Total (Report on Summary of Schedules) | 455,000.00 | 444,050.00 / 10,950.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **O-E Illinois, Inc.**                                                                     ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5584-1800-0653-6117 | | | **Credit Card Purchases** | | | | |
| **Advanta** **P.O. Box 8088** **Philadelphia, PA 19101-8088** | X | - | | | X | | 40,226.46 |
| Account No. 3727-309-686-71000 | | | **Credit Card Purchases** | | | | |
| **American Express** **P.O. Box 001** **Los Angeles, CA 90096-8000** | X | - | | | X | | 39,801.81 |
| Account No. 4264-2988-6618-5559 | | | **Credit Card Purchases** | | | | |
| **AmTrust Bank** **FIA Card Services** **P.O. Box 17309** **Baltimore, MD 21297-1309** | | - | | | X | | 11,951.42 |
| Account No. 708Z99-24174967 | | | **Telephone Services** | | | | |
| **AT&T** **P.O. Box 8100** **Aurora, IL 60507** | | - | | | X | | 200.20 |

|  |  |
|---|---|
| __20__  continuation sheets attached | Subtotal (Total of this page)   **92,179.89** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            S/N:37364-090310   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **O-E Illinois, Inc.** _____ ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **708-563-0022 1957**<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507** | | - | Telephone Services | | X | | 180.52 |
| Account No. **708-636-0295 5515**<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507** | | - | Telephone Services | | X | | 285.64 |
| Account No. **360477**<br><br>**Auto Zone**<br>**P.O. Box 791409**<br>**Baltimore, MD 21279** | | - | Automotive Parts | | X | | 4,696.86 |
| Account No. **4339-9300-2865-2727**<br><br>**Bank of America**<br>**1000 Samoset Drive**<br>**Wilmington, DE 19884** | X | - | Credit Card Purchases | | X | | 10,287.35 |
| Account No. **4170-0802-0020-2859**<br><br>**Bank of America**<br>**1000 Samoset Drive**<br>**Wilmington, DE 19884** | | - | Credit Card Purchases | | X | | 18,676.71 |

Sheet no. __**1**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,127.08

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **O-E Illinois, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Barbara Holloway-Little<br>77 Ruffled Feathers Drive<br>Lemont** | | - | | **Loan to O-E Illinois** | | X | | 39,440.82 |
| Account No.<br><br>**Beverly Lawn Maintenance<br>P.O. Box 42899<br>Evergreen Park, IL 60805** | | - | | **Snow Plowing Services** | | X | | 10,656.00 |
| Account No.<br><br>**Bulk Master<br>295 Eastgate Industrial Parkway<br>Kankakee, IL 60901** | | - | | **Product** | | X | | 22,733.84 |
| Account No. **4802-1320-4914-8235**<br><br>**Capital One<br>P.O. Box 5294<br>Carol Stream, IL 60197-5294** | | - | | **Credit Card Purchases** | | X | | 30,365.49 |
| Account No. **4791-2425-4893-9175**<br><br>**Capital One<br>P.O. Box 60024<br>City Of Industry, CA 91716-0024** | X | - | | **Credit Card Purchases** | | X | | 51,283.74 |

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

154,479.89

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **O-E Illinois, Inc.**                                                Case No. _____
                                                    ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **4388-5230-1451-4926** | | - | | | **Credit Card Purchases** | | X | | |
| **Cardmember Service** P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | | | | | 37,452.05 |
| Account No. **4949-3151-4467-7521** | | - | | | **Credit Card Purchases** | | X | | |
| **Cardmember Service** P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | | | | | 18,538.91 |
| Account No. **5473-6350-0196-9922** | X | - | | | **Credit Card Purchases** | | X | | |
| **Cardmember Service** P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | | | | | 39,397.41 |
| Account No. **4388-5760-2562-5891** | | - | | | **Credit Card Purchases** | | X | | |
| **Chase** P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | | | | | 28,643.76 |
| Account No. | | - | | | **Accounting Services** | | X | | |
| **Chet Sierazy / CAS Bussiness Serv.** 7223 So. Rte. 83 PMB 246 Willowbrook, IL 60521 | | | | | | | | | 7,057.00 |

Sheet no. __3__ of __20__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          131,089.13

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **O-E Illinois, Inc.**                                    ,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5466-1601-1018-1516** <br><br>**Citi Advantage** <br>**P.O. Box 688909** <br>**Des Moines, IA 50368-8909** | | - | **Credit Card Purchases** | | X | | 39,833.81 |
| Account No. **4122-51-0485-8588** <br><br>**Citibusiness Card** <br>**P.O. Box 688909** <br>**Des Moines, IA 50368-8909** | X | - | **Credit Card Purchases** | | X | | 22,589.26 |
| Account No. **7165168004** <br><br>**Commonwealth Edison** <br>**Bill Payment Center** <br>**Chicago, IL 60668** | | - | **Electric Utility Services** | | X | | 1,452.85 |
| Account No. **1531139000** <br><br>**Commonwealth Edison** <br>**Bill Payment Center** <br>**Chicago, IL 60668** | | - | **Electric Utility Services** | | X | | 357.04 |
| Account No. **0891339003** <br><br>**Commonwealth Edison** <br>**Bill Payment Center** <br>**Chicago, IL 60668** | | - | **Electric Utility Services** | | X | | 1,463.02 |

Sheet no. __4__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **65,695.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **O-E Illinois, Inc.**                                                    , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| Account No. **1291051058** | | - | **Electric Utility Services** | | X | | |
| **Commonwealth Edison Bill Payment Center Chicago, IL 60668** | | | | | | | 1,794.09 |
| Account No. **87022-8682** | X | - | **Gasoline Supplies** | | X | | |
| **Conoco Phillips Fleet P.O. Box 19107 Houston, TX 77224-9107** | | | | | | | 310.32 |
| Account No. **Bridgeview #23542** | | - | **Operating Supplies** | | X | | |
| **Crystal Clean 13621 Collections Center Drive Chicago, IL 60693-0136** | | | | | | | 507.71 |
| Account No. **Oak Lawn - 31889** | | - | **Operating Supplies** | | X | | |
| **Crystal Clean 13621 Collections Center Drive Chicago, IL 60693-0136** | | | | | | | 504.50 |
| Account No. **Orland Park - #29777** | | - | **Operating Supplies** | | X | | |
| **Crystal Clean 13621 Collections Center Drive Chicago, IL 60693-0136** | | | | | | | 498.57 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,615.19

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **O-E Illinois, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Woodridge - #45546** | | | | | Operating Supplies | | | | |
| **Crystal Clean** **13621 Collections Center Drive** **Chicago, IL 60693-0136** | - | | | | | | X | | 378.85 |
| Account No. 6011-9978-3010-6679 | | | | | Credit Card Purchases | | | | |
| **Discover Card Services** **P.O. Box 15251** **Wilmington, DE 19886-5251** | - | | | | | | X | | 13,223.36 |
| Account No. | | | | | Repairs to Doors | | | | |
| **Doors By Russ** **11941 South Aero Drive** **Plainfield, IL 60585** | - | | | | | | X | | 1,132.68 |
| Account No. 4988-8200-0491-8156 | | | | | Credit Card Purchases | | | | |
| **First Equity Card** **P.O. Box 84075** **Columbus, GA 31908-4075** | - | | | | | | X | | 11,513.56 |
| Account No. 208900 | | | | | Coffee Service | | | | |
| **Fox Coffee Service** **9717 South 76th Avenue** **Bridgeview, IL 60455** | - | | | | | | X | | 41.80 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,290.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **O-E Illinois, Inc.**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **207800**<br><br>**Fox Coffee Service**<br>**9717 South 76th Avenue**<br>**Bridgeview, IL 60455** | - | | Coffee Service | | X | | 100.06 |
| Account No. **207900**<br><br>**Fox Coffee Service**<br>**9717 South 76th Avenue**<br>**Bridgeview, IL 60455** | - | | Coffee Service | | X | | 118.57 |
| Account No. **208200**<br><br>**Fox Coffee Service**<br>**9717 South 76th Avenue**<br>**Bridgeview, IL 60455** | - | | Coffee Service | | X | | 43.09 |
| Account No.<br><br>**Grate Signs**<br>**P.O. Box 2788**<br>**Joliet, IL 60431** | - | | Repairs | | X | | 623.87 |
| Account No. **3090319**<br><br>**HR Direct**<br>**P.O. Box 452019**<br>**Fort Lauderdale, FL 33345-2019** | - | | Operating Supplies | | X | | 186.48 |

Sheet no. __7__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **1,072.07**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **O-E Illinois, Inc.**                                                                   ,        Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 7737060903109865 | - | | | | Office Supplies | | X | | |
| **HSBC Business Solutions** **P.O. Box 5239** **Carol Stream, IL 60197** | | | | | | | | | 443.92 |
| Account No. 7085630 | - | | | | Product | | X | | |
| **Installer Edge** **P.O. Box 225** **Santa Clara, CA 95052** | | | | | | | | | 1,007.08 |
| Account No. 7086363 | - | | | | Product | | X | | |
| **Installer Edge** **P.O. Box 225** **Santa Clara, CA 95052** | | | | | | | | | 364.86 |
| Account No. 7084030 | - | | | | Product | | X | | |
| **Installer Edge** **P.O. Box 225** **Santa Clara, CA 95052** | | | | | | | | | 983.73 |
| Account No. 6308528 | - | | | | Product | | X | | |
| **Installer Edge** **P.O. Box 225** **Santa Clara, CA 95052** | | | | | | | | | 4,019.91 |

Sheet no. __8__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,819.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **O-E Illinois, Inc.**
_____,      Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **993** <br><br> **Interstate Batteries** <br> **8500 West 191st Street** <br> **Suite 9** <br> **Mokena, IL 60448** | | - | | Product | | X | | 3,228.95 |
| Account No. **995** <br><br> **Interstate Batteries** <br> **8500 West 191st Street** <br> **Suite 9** <br> **Mokena, IL 60448** | | - | | Product | | X | | 574.70 |
| Account No. **2875** <br><br> **Interstate Batteries** <br> **8500 West 191st Street** <br> **Suite 9** <br> **Mokena, IL 60448** | | - | | Product | | X | | 1,924.85 |
| Account No. **994** <br><br> **Interstate Batteries** <br> **8500 West 191st Street** <br> **Suite 9** <br> **Mokena, IL 60448** | | - | | Product | | X | | 1,326.10 |
| Account No. **3412** <br><br> **Interstate Batteries** <br> **P.O. Box 297** <br> **Wood Dale, IL 60191** | | - | | Product | | X | | 805.45 |

Sheet no. __**9**__ of __**20**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,860.05

B6F (Official Form 6F) (12/07) - Cont.

In re   **O-E Illinois, Inc.** _____,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **J-009776** <br><br> **Jones Environmental Control** <br> **19139 South Blackhawk Pkwy** <br> **Mokena, IL 60448** | | - | | | **Maintenance & Repairs** | | X | | **344.70** |
| Account No. <br><br> **Kipnis & Kahn** <br> **20 North Clark Street** <br> **Suite 1650** <br> **Chicago, IL 60602** | | - | | | **Legal Services** | | X | | **4,565.05** |
| Account No. **3547** <br><br> **Leader Automotive** <br> **2323 Ravine Way** <br> **Glenview, IL 60025** | | - | | | **Automotive Supplies** | | X | | **45,527.84** |
| Account No. **962628** <br><br> **Macke Water** <br> **P.O. Box 545** <br> **Wheeling, IL 60090** | | - | | | **Water Supplies** | | X | | **319.60** |
| Account No. <br><br> **Meridian Appraisal** <br> **2100 South Marshall Boulevard** <br> **Suite 701** <br> **Chicago, IL 60623** | | - | | | **Appraisal Services** | | X | | **1,650.00** |

Sheet no. __10__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **52,407.19**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **O-E Illinois, Inc.**                                                    ,   Case No. _____
                                        **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **24056** <br><br> **Midwest Suburban Publishing** <br> **6971 Paysphere Circle** <br> **Chicago, IL 60674** | - | | | | **Advertising Expenses** | | X | | 574.65 |
| Account No. <br><br> **Newman's Repair Service** <br> **9322 East 137th Avenue** <br> **Hebron, IN 46341-9061** | - | | | | **Maintenance & Repairs** | | X | | 850.15 |
| Account No. **95-81-87-00007** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507** | - | | | | **Gas Utility Services** | | X | | 1,198.07 |
| Account No. **00-25-24-10006** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507** | - | | | | **Gas Utility Services** | | X | | 782.87 |
| Account No. **94-92-14-100000** <br><br> **Nicor Gas** <br> **P.O. Box 0632** <br> **Aurora, IL 60507** | - | | | | **Gas Utility Services** | | X | | 2,815.14 |

Sheet no. __**11**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,220.88

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **O-E Illinois, Inc.**                                              ,        Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J c | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **84-06-30-10007** | | - | | | **Gas Utility Services** | | X | | |
| Nicor Gas P.O. Box 0632 Aurora, IL 60507 | | | | | | | | | 1,666.92 |
| Account No. **6011-5642-0058-2541** | | - | | | **Office Supplies** | | X | | |
| Office Depot Credit Plan P.O. Box 689020 Des Moines, IA 50368 | | | | | | | | | 278.70 |
| Account No. | | - | | | **License Fee** | | X | | |
| Oil Experts P.O. Box 310 Lemont, IL 60439 | | | | | | | | | 1,979.52 |
| Account No. **Rent** | | - | | | **Rent** | | X | | |
| OPAC 1550 Spring Road Suite 120 Oak Brook, IL 60523 | | | | | | | | | 52,000.00 |
| Account No. **1512544** | | - | | | **Telephone Services** | | X | | |
| PAETEC P.O. Box 3177 Cedar Rapids, IA 52406 | | | | | | | | | 1,133.33 |

Sheet no. __12__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,058.47

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **O-E Illinois, Inc.** _____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Bridgeview - #115106L**<br><br>**Parent Petroleum**<br>**37 W 370 Route 38**<br>**Saint Charles, IL 60175-1588** | - | | Oil Supplies | | X | | 7,178.46 |
| Account No. **OL - #115107**<br><br>**Parent Petroleum**<br>**37 W 370 Route 38**<br>**Saint Charles, IL 60175-1588** | - | | Oil Supplies | | X | | 5,946.23 |
| Account No. **OP-#115108L**<br><br>**Parent Petroleum**<br>**37 W 370 Route 38**<br>**Saint Charles, IL 60175-1588** | - | | Oil Supplies | | X | | 10,779.89 |
| Account No. **WR-#115110L**<br><br>**Parent Petroleum**<br>**37 W 370 Route 38**<br>**Saint Charles, IL 60175-1588** | - | | Oil Supplies | | X | | 14,654.50 |
| Account No. **Melrose Park - #115109L**<br><br>**Parent Petroleum**<br>**37 W 370 Route 38**<br>**Saint Charles, IL 60175-1588** | - | | Oil Supplies | | X | | 5,534.45 |

Husband, Wife, Joint, or Community

Sheet no. __13__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    44,093.53

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **O-E Illinois, Inc.**                                                                                  Case No. _____
                                                                                    ,
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Bridgeview - Oil Experts #2** | | - | | | Oil Supplies | | X | | |
| Petroliance 739 North State Street Elgin, IL 60123 | | | | | | | | | 10,652.62 |
| Account No. **Orland Park - Oil Experts #1** | | - | | | Oil Supplies | | X | | |
| Petroliance 739 North State Street Elgin, IL 60123 | | | | | | | | | 10,482.43 |
| Account No. **Orland Park - Oil Experts #4** | | - | | | Oil Supplies | | X | | |
| Petroliance 739 North State Street Elgin, IL 60123 | | | | | | | | | 20,696.09 |
| Account No. **Woodridge - Oil Experts #6** | | - | | | Oil Supplies | | X | | |
| Petroliance 739 North State Street Elgin, IL 60123 | | | | | | | | | 21,096.40 |
| Account No. **Bridgeview - OI 0023** | | - | | | Oil Supplies | | X | | |
| Quality Oil 55 North 400 East Valparaiso, IN 46383 | | | | | | | | | 17,839.21 |

Sheet no. __14__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

80,766.75

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **O-E Illinois, Inc.** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Orland Park - OI 3637** <br><br> **Quality Oil** <br> **55 North 400 East** <br> **Valparaiso, IN 46383** | | - | | | Oil Supplies | | X | | 13,754.68 |
| Account No. **Orland Park - OI 0334** <br><br> **Quality Oil** <br> **55 North 400 East** <br> **Valparaiso, IN 46383** | | - | | | Oil Supplies | | X | | 28,214.14 |
| Account No. **Woodridge - OI 8608** <br><br> **Quality Oil** <br> **55 North 400 East** <br> **Valparaiso, IN 46383** | | - | | | Oil Supplies | | X | | 21,803.92 |
| Account No. **Melrose Park - OI 772** <br><br> **Quality Oil** <br> **55 North 400 East** <br> **Valparaiso, IN 46383** | | - | | | Oil Supplies | | X | | 11,813.97 |
| Account No. **13767** <br><br> **Rapid Advance** <br> **7316 Wisconsin Avenue** <br> **Suite 450** <br> **Bethesda, MD 20814** | X | - | | | Loan | | X | | 12,231.07 |

Sheet no. __**15**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**87,817.78**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **O-E Illinois, Inc.**                                                      ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **286296**<br><br>**Register Tape Network**<br>**P.O. Box 5990**<br>**Valencia, CA 91385** | - | | | **Advertising Expenses** | | X | | 550.00 |
| Account No.<br><br>**Robin Little**<br>**77 Ruffled Feathers Drive**<br>**Lemont, IL 60439** | - | | | **Loan to O-E Illinois** | | X | | 39,440.82 |
| Account No. **Woodridge Property**<br><br>**Robin Little**<br>**77 Ruffled Feathers Drive**<br>**Lemont, IL 60439** | - | | | **Past Due Rent** | | X | | 453,094.09 |
| Account No. **#30-0004493**<br><br>**Service Champ**<br>**180 New Britain Boulevard**<br>**Chalfont, PA 18914** | - | | | **Product** | | X | | 30,400.65 |
| Account No.<br><br>**Shanahan Insurance Agency**<br>**P.O. Box 370**<br>**Joliet, IL 60432-0370** | - | | | **Insurance Coverage** | | X | | 6,143.00 |

Sheet no. __**16**__ of __**20**__ sheets attached to Schedule of                            Subtotal        | 529,628.56
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **O-E Illinois, Inc.** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **11724**<br><br>**Shell Bleiwess**<br>**1 South Dearborn**<br>**Suite 2100**<br>**Chicago, IL 60603-2307** | - | | | | **Legal Services** | | X | | 7,490.23 |
| Account No. **2185**<br><br>**Sonitrol**<br>**1275 West Roosevelt**<br>**Suite 123**<br>**West Chicago, IL 60185** | - | | | | **Alarm Monitoring** | | X | | 117.00 |
| Account No. **2115**<br><br>**Sonitrol**<br>**1275 West Roosevelt**<br>**Suite 123**<br>**West Chicago, IL 60185** | - | | | | **Alarm Monitoring** | | X | | 300.00 |
| Account No. **1425**<br><br>**Sonitrol**<br>**1275 West Roosevelt**<br>**Suite 123**<br>**West Chicago, IL 60185** | - | | | | **Alarm Monitoring** | | X | | 93.00 |
| Account No. **2186**<br><br>**Sonitrol**<br>**1275 West Roosevelt**<br>**Suite 123**<br>**West Chicago, IL 60185** | - | | | | **Alarm Monitoring** | | X | | 117.00 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,117.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **O-E Illinois, Inc.**                                            ,         Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **13180** | | | Maintenance & Repairs | | | | |
| **Sunlight Maintenance Supplies** P.O. Box 1139 Orland Park, IL 60462 | | - | | | X | | 72.00 |
| Account No. **OILEB** | | | Equipment | | | | |
| **Superior Equipment** 865 North Superior Drive Crown Point, IN 46307 | | - | | | X | | 463.70 |
| Account No. | | | Maintenance & Repairs | | | | |
| **Total Stealth** 6808 Hobson Valley Drive Unit 105 Woodridge, IL 60517 | | - | | | X | | 47.90 |
| Account No. **000-2100-026-587** | | | Loan | | | | |
| **US Bank** P.O. Box 790179 63rd Street Saint Louis, MO 63179-0179 | X | - | | | X | | 48,011.28 |
| Account No. **7803344653-00001** | | | Telephone Services | | | | |
| **Verizon Wireless** P.O. Box 25505 Lehigh Valley, PA 18002-5505 | | - | | | X | | 546.54 |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,141.42

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **O-E Illinois, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Village of Bridgeview**<br>**7500 South Oketo**<br>**Bridgeview, IL 60455** | | - | | | **Water Bill** | | X | | 41.99 |
| Account No. **1-9304817-00**<br><br>**Village of Oak Lawn**<br>**9446 Raymond Avenue**<br>**Oak Lawn, IL 60453** | | - | | | **Water Bill** | | X | | 49.70 |
| Account No. **150-8218245-2009-1**<br><br>**Waste Management**<br>**P.O. Box 4648**<br>**Carol Stream, IL 60197** | | - | | | **Waste Management Services** | | X | | 282.54 |
| Account No. **150-82182462009-9**<br><br>**Waste Management**<br>**P.O. Box 4648**<br>**Carol Stream, IL 60197** | | - | | | **Waste Management Services** | | X | | 282.54 |
| Account No. **150-8218247-2009-7**<br><br>**Waste Management**<br>**P.O. Box 4648**<br>**Carol Stream, IL 60197** | | - | | | **Waste Management Services** | | X | | 783.03 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,439.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **O-E Illinois, Inc.** _____ ,    Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **150-8191929-2009-1**<br><br>**Waste Management<br>P.O. Box 4648<br>Carol Stream, IL 60197** | | - | | **Waste Management Services** | | X | | 297.50 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 297.50 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 1,440,218.14 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **O-E Illinois, Inc.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Robin Little**<br>**77 Ruffled Feathers Drive**<br>**Lemont, IL 60439** | **Written Commercial Lease Agreement**<br>**Oi Experts**<br>**2449 West 63rd Street**<br>**Woodridge, IL 60517**<br><br>**Leasehold Interest** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **O-E Illinois, Inc.**                                                    ,        Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Barbara Holloway-Little**<br>**77 Ruffled Feathers Drive**<br>**Lemont, IL 60439**<br>   **as President of O-E Illinois, Inc.** | **Standard Bank & Trust Company**<br>**7800 West 95th Street**<br>**Hickory Hills, IL 60457** |
| **Barbara Holloway-Little**<br>**77 Ruffled Feathers Drive**<br>**Lemont, IL 60439**<br>   **as President of O-E Illinois** | **Bayview Loan Servicing**<br>**P.O. Box 331409**<br>**Miami, FL 33233-1409** |
| **Barbara Holloway-Little** | **Bank of America**<br>**1000 Samoset Drive**<br>**Wilmington, DE 19884** |
| **Barbara Holloway-Little** | **Conoco Phillips Fleet**<br>**P.O. Box 19107**<br>**Houston, TX 77224-9107** |
| **Barbara Holloway-Little** | **Advanta**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101-8088** |
| **Barbara Holloway-Little** | **Citibusiness Card**<br>**P.O. Box 688909**<br>**Des Moines, IA 50368-8909** |
| **Barbara Holloway-Little** | **Capital One**<br>**P.O. Box 60024**<br>**City Of Industry, CA 91716-0024** |
| **Barbara Holloway-Little** | **Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** |
| **Barbara Holloway-Little** | **American Express**<br>**P.O. Box 001**<br>**Los Angeles, CA 90096-8000** |
| **Barbara Holloway-Little** | **US Bank**<br>**P.O. Box 790179**<br>**63rd Street**<br>**Saint Louis, MO 63179-0179** |
| **Barbara Holloway-Little** | **Rapid Advance**<br>**7316 Wisconsin Avenue**<br>**Suite 450**<br>**Bethesda, MD 20814** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **O-E Illinois, Inc.**                                                                                 Case No. _____

                                                     Debtor(s)                   Chapter        **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**40**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 12, 2009**  _____         Signature    **/s/ Barbara Holloway-Little**  _____

                                                                 **Barbara Holloway-Little**
                                                                 **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __O-E Illinois, Inc.__                                              Case No. _____

                                   Debtor(s)          Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$60,000.00** | **2009 YTD: Debtor O-E Illinois** |
| **$1,500,000.00** | **2008: Debtor O-E Illinois** |
| **$1,850,000.00** | **2007: Debtor O-E Illinois** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.     *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.     *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Auto Zone P.O. Box 791409 Baltimore, MD 21279 | Past 90 days | $1,039.52 | $4,696.86 |
| Discover Card Services P.O. Box 15251 Wilmington, DE 19886-5251 | Past 90 days | $526.84 | $12,656.52 |
| Leader Automotive 2323 Ravine Way Glenview, IL 60025 | Past 90 days | $42,026.83 | $45,527.84 |
| Village of Bridgeview 7500 South Oketo Bridgeview, IL 60455 | Past 90 days | $24.89 | $41.99 |
| Humana Insurance Co. P.O. Box 533 Carol Stream, IL 60132-0553 | Past 90 days | $9,709.67 | $0.00 |
| Village of Oak Lawn 9446 Raymond Avenue Oak Lawn, IL 60453 | Past 90 days | $21.15 | $49.79 |
| Village of Woodridge | Past 90 days | $110.05 | $0.00 |
| Nicor P.O. Box 2020 Aurora, IL 60507-2020 | Past 90 days | $106.34 | $6,463.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **AmTrust Bank**<br>**FIA Card Services**<br>**P.O. Box 17309**<br>**Baltimore, MD 21297-1309** | **Past 90 days** | **$250.00** | **$11,951.42** |
| **Downers Grove Sanitary Dist.** | **Past 90 days** | **$49.47** | **$0.00** |
| **Kipnis & Kahn**<br>**20 North Clark Street**<br>**Suite 1650**<br>**Chicago, IL 60602** | **Past 90 days** | **$950.00** | **$4,565.05** |
| **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507** | **Past 90 days** | **$196.00** | **$666.36** |
| **Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60640-4531** | **Past 90 days** | **$1,778.84** | **$5,067.00** |
| **Conoco Phillips Fleet**<br>**P.O. Box 19107**<br>**Houston, TX 77224-9107** | **Past 90 days** | **$137.51** | **$310.32** |
| **ITEX**<br>**3326 160th Avenue S.E.**<br>**Suite 100**<br>**Bellevue, WA 98008** | **Past 90 days** | **$100.76** | **$0.00** |
| **Chesterfield Financial**<br>**P.O. Box 203909**<br>**Houston, TX 77216** | **Past 90 days** | **$548.24** | **$250.00** |
| **Office Depot Credit Plan**<br>**P.O. Box 689020**<br>**Des Moines, IA 50368** | **Past 90 days** | **$200.00** | **$278.70** |
| **Affiliated Technologies** | **Past 90 days** | **$598.54** | **$0.00** |
| **Chet Sierazy / CAS Bussiness Serv.**<br>**7223 So. Rte. 83**<br>**PMB 246**<br>**Hinsdale, IL 60521** | **Past 90 days** | **$4,640.00** | **$7,057.00** |
| **Robin Little**<br>**77 Ruffled Feathers Drive**<br>**Lemont, IL 60439** | **Past 90 days** | **$1,005.85** | **$38,436.00** |

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **W.A.Y.S.S., Inc., as Managing Agent for Chicago Title under Trust No. 1097917 v. O-E Illinois Inc., Claude Kahn as Trustee of the Johnnie B. Holloway Trust**<br><br>**Case No: 2008 M1 730048** | **Forcible Entry & Detainer** | **Circuit Court of Cook County, IL**<br>**Municipal Department, First District**<br>**50 West Washington St., Chicago, IL 60602** | **Pending** |
| **Parent Petroleum, Inc., v. Oil Experts, Inc.**<br>**Case No: 2009 AR 000050** | **Breach of Contract** | **Circuit Court of the Eighteenth Judicial District, DuPage County, IL**<br>**505 North County Farm Road, Wheaton, IL** | **Pending Arbitration** |
| **Petroliance, LLC v. O-E Illinois, an Illinois Corporation d/b/a Oil Experts #1, #2, #4 & #6 08L-3766** | **Breach of Contract** | **Circuit Court of Cook County, Illinois**<br>**County Department - Law Division**<br>**Daley Center, 50 W. Washington St., Chicago, IL 60602** | **Pending** |
| **Standard Bank & Trust Co. v. Standard Bank & Trust Co., as Trustee U/T/A dated March 2, 2006, a/k/a trust No. 19341, O-E Illinois, Inc., Barbara Holloway-Little, Gregory Holloway et al;**<br>**Case No: 09 CH 07176** | **Mortgage Foreclosure** | **Circuit Court of Cook County, Illinois**<br>**Daley Center**<br>**50 West Washington St. Chicago, IL 60602** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

5

**6. Assignments and receiverships**

None ■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None □
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Michael White**<br>**20 North Clark Street**<br>**Suite 1650**<br>**Chicago, IL 60602-5001** | **January 19, 2009** | **$1701.00** |

**10. Other transfers**

None ■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None  ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **First American Bank**<br>**Melrose Park, IL** | **Checking** | **0.00; Closed November 2007** |

### 12.  Safe deposit boxes

None  ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None  ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None  ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None  ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☐

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Lenz Oil Site** <br> **Jeans Road - East of Route 83** <br> **Lemont, IL 60439** | | | |

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| O-E Illinois | 36-3081527 | 4819 West 93rd Street Oak Lawn, IL 60453 | Oil and Lubrication Services | 1982 through present date |
| O-E Illinois | 36-3081527 | 2449 West 63rd Street Woodridge, IL 60517 | Oil and Lubrication Services | 1982 through present |
| O-E Illinois | 36-3081527 | 8240 South Harlem Ave. Bridgeview, IL 60455 | Oil and Lubrication Services | 1982 |
| O-E Illinois | | Orland Park, IL | Oil and Lubrication Services | 1982 through present |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                           ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Chet Sierazy / CAS Business Services**
**7223 South Route 83**
**PMB 246**
**Hinsdale, IL 60521**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                    DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                  ADDRESS

None □    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Kevin Smith** | **April/May 2008** |
| **U.S. Bank** | **2008** |

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None □    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Barbara Holloway-Little**<br>**77 Ruffled Feathers Drive**<br>**Lemont, IL 60439** | **President** | **Common Stock - 100%** |
| **Robin Little**<br>**77 Ruffled Feathers Drive**<br>**Lemont, IL 60439** | **Assistant Secretary & Vice President** | |
| **Gregory Holloway**<br>**917 Darius Lane**<br>**Naperville, IL 60565** | **Vice President** | |
| **Claude Kahn**<br>**20 North Clark Street**<br>**Suite 1650**<br>**Chicago, IL 60602-5001** | **Member of Board of Directors** | |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

10

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS               TITLE               DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,               DATE AND PURPOSE        AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR    OF WITHDRAWAL          OR DESCRIPTION AND
                                                   VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                  TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 12, 2009**         Signature   **/s/ Barbara Holloway-Little**
                                     **Barbara Holloway-Little**
                                     **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re   **O-E Illinois, Inc.**                      Case No.

                                       Debtor(s)          Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.     Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **2,701.00** |
| Balance Due | $ | **2,299.00** |

2.     $   **299.00**   of the filing fee has been paid.

3.     The source of the compensation paid to me was:

        ■ Debtor      ☐ Other (specify):

4.     The source of compensation to be paid to me is:

        ■ Debtor      ☐ Other (specify):

5.     ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Linda Spak 2241 West Howard Street, Chicago, IL 60645**

6.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

        b.  [Other provisions as needed]

            **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.     By agreement with the debtor(s), the above-disclosed fee does not include the following service:

        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 12, 2009**                    **/s/ Michael White**

                                                     **Michael White 3001830**

                                                     **Michael White**

                                                     **20 North Clark Street**

                                                     **Suite 1650**

                                                     **Chicago, IL 60602**

                                                     **312-236-4544  Fax: 312-236-0182**

                                                     **MWhit1967@aol.com**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**


<u>IN RE:</u>  **O-E ILLINOIS**

**CHAPTER 7  BANKRUPTCY**

**CASE NO:**


**<u>COMPENSATION SHARING AGREEMENT</u>**

    **Michael White of 20 North Clark Street, Chicago, IL 60602 and Linda Spak of 2241 West Howard Street, Chicago, IL 60645, do hereby agree to share equally (50%) in the compensation paid ($2701.00) and to be paid ($2299.00) by O-E Illinois for legal services rendered in connection with the Chapter 7 bankruptcy petition filed herein.**


**Date: March 12, 2009**          **Date: March 12, 2009**


**By:/s/ <u>Michael White</u>**          **By: /s/ <u>Linda Spak</u>**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **O-E Illinois, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **126**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **March 12, 2009**

**/s/ Barbara Holloway-Little**
**Barbara Holloway-Little**/**President**
Signer/Title

Advanta
P.O. Box 8088
Philadelphia, PA 19101-8088


American Enterprise Bank
275 South Roselle Road
Schaumburg, IL 60193


American Express
P.O. Box 001
Los Angeles, CA 90096-8000


AmTrust Bank
FIA Card Services
P.O. Box 17309
Baltimore, MD 21297-1309


AT&T
P.O. Box 8100
Aurora, IL 60507


Auto Zone
P.O. Box 791409
Baltimore, MD 21279


Bank of America
1000 Samoset Drive
Wilmington, DE 19884


Barbara Holloway-Little
77 Ruffled Feathers Lane
Lemont, IL 60439


Barbara Holloway-Little


Barbara Holloway-Little


Barbara Holloway-Little


Barbara Holloway-Little

Barbara Holloway-Little


Barbara Holloway-Little


Barbara Holloway-Little


Barbara Holloway-Little


Barbara Holloway-Little


Bayview Loan Servicing
P.O. Box 331409
Miami, FL 33233-1409


Beverly Lawn Maintenance
P.O. Box 42899
Evergreen Park, IL 60805


Bulk Master
295 Eastgate Industrial Parkway
Kankakee, IL 60901


Capital One
P.O. Box 5294
Carol Stream, IL 60197-5294


Capital One
P.O. Box 60024
City Of Industry, CA 91716-0024


Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chet Sierazy / CAS Bussiness Serv.
7223 So. Rte. 83
PMB 246
Willowbrook, IL 60521


Citi Advantage
P.O. Box 688909
Des Moines, IA 50368-8909


Citibusiness Card
P.O. Box 688909
Des Moines, IA 50368-8909


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Conoco Phillips Fleet
P.O. Box 19107
Houston, TX 77224-9107


Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693-0136

Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693-0136


Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693-0136


Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693-0136


Discover Card Services
P.O. Box 15251
Wilmington, DE 19886-5251


Doors By Russ
11941 South Aero Drive
Plainfield, IL 60585


First Equity Card
P.O. Box 84075
Columbus, GA 31908-4075


Fox Coffee Service
9717 South 76th Avenue
Bridgeview, IL 60455


Fox Coffee Service
9717 South 76th Avenue
Bridgeview, IL 60455


Fox Coffee Service
9717 South 76th Avenue
Bridgeview, IL 60455


Fox Coffee Service
9717 South 76th Avenue
Bridgeview, IL 60455


Grate Signs
P.O. Box 2788
Joliet, IL 60431

HR Direct
P.O. Box 452019
Fort Lauderdale, FL 33345-2019


HSBC Business Solutions
P.O. Box 5239
Carol Stream, IL 60197


Installer Edge
P.O. Box 225
Santa Clara, CA 95052


Installer Edge
P.O. Box 225
Santa Clara, CA 95052


Installer Edge
P.O. Box 225
Santa Clara, CA 95052


Installer Edge
P.O. Box 225
Santa Clara, CA 95052


Interstate Batteries
8500 West 191st Street
Suite 9
Mokena, IL 60448


Interstate Batteries
8500 West 191st Street
Suite 9
Mokena, IL 60448


Interstate Batteries
8500 West 191st Street
Suite 9
Mokena, IL 60448


Interstate Batteries
8500 West 191st Street
Suite 9
Mokena, IL 60448

Interstate Batteries
P.O. Box 297
Wood Dale, IL 60191


Jones Environmental Control
19139 South Blackhawk Pkwy
Mokena, IL 60448


Kipnis & Kahn
20 North Clark Street
Suite 1650
Chicago, IL 60602


Leader Automotive
2323 Ravine Way
Glenview, IL 60025


Macke Water
P.O. Box 545
Wheeling, IL 60090


Meridian Appraisal
2100 South Marshall Boulevard
Suite 701
Chicago, IL 60623


Midwest Suburban Publishing
6971 Paysphere Circle
Chicago, IL 60674


Newman's Repair Service
9322 East 137th Avenue
Hebron, IN 46341-9061


Nicor Gas
P.O. Box 0632
Aurora, IL 60507


Nicor Gas
P.O. Box 0632
Aurora, IL 60507


Nicor Gas
P.O. Box 0632
Aurora, IL 60507

Nicor Gas
P.O. Box 0632
Aurora, IL 60507


Office Depot Credit Plan
P.O. Box 689020
Des Moines, IA 50368


Oil Experts
P.O. Box 310
Lemont, IL 60439


OPAC
1550 Spring Road
Suite 120
Oak Brook, IL 60523


PAETEC
P.O. Box 3177
Cedar Rapids, IA 52406


Parent Petroleum
37 W 370 Route 38
Saint Charles, IL 60175-1588


Parent Petroleum
37 W 370 Route 38
Saint Charles, IL 60175-1588


Parent Petroleum
37 W 370 Route 38
Saint Charles, IL 60175-1588


Parent Petroleum
37 W 370 Route 38
Saint Charles, IL 60175-1588


Parent Petroleum
37 W 370 Route 38
Saint Charles, IL 60175-1588


Petroliance
739 North State Street
Elgin, IL 60123

Petroliance
739 North State Street
Elgin, IL 60123


Petroliance
739 North State Street
Elgin, IL 60123


Petroliance
739 North State Street
Elgin, IL 60123


Quality Oil
55 North 400 East
Valparaiso, IN 46383


Quality Oil
55 North 400 East
Valparaiso, IN 46383


Quality Oil
55 North 400 East
Valparaiso, IN 46383


Quality Oil
55 North 400 East
Valparaiso, IN 46383


Quality Oil
55 North 400 East
Valparaiso, IN 46383


Rapid Advance
7316 Wisconsin Avenue
Suite 450
Bethesda, MD 20814


Register Tape Network
P.O. Box 5990
Valencia, CA 91385


Robin Little
77 Ruffled Feathers Drive
Lemont, IL 60439

Robin Little
77 Ruffled Feathers Drive
Lemont, IL 60439


Robin Little
77 Ruffled Feathers Drive
Lemont, IL 60439


Robin Little
77 Ruffled Feathers Drive
Lemont, IL 60439


Service Champ
180 New Britain Boulevard
Chalfont, PA 18914


Shanahan Insurance Agency
P.O. Box 370
Joliet, IL 60432-0370


Shell Bleiwess
1 South Dearborn
Suite 2100
Chicago, IL 60603-2307


Sonitrol
1275 West Roosevelt
Suite 123
West Chicago, IL 60185


Sonitrol
1275 West Roosevelt
Suite 123
West Chicago, IL 60185


Sonitrol
1275 West Roosevelt
Suite 123
West Chicago, IL 60185


Sonitrol
1275 West Roosevelt
Suite 123
West Chicago, IL 60185

Standard Bank & Trust Company
7800 West 95th Street
Hickory Hills, IL 60457


Sunlight Maintenance Supplies
P.O. Box 1139
Orland Park, IL 60462


Superior Equipment
865 North Superior Drive
Crown Point, IN 46307


Teller, Levit & Silvertrust
c/o Edward Margolis
11 East Adams - Suite 800
Chicago, IL 60603


Teller, Levit & Silvertrust
c/o Edward Margolis
11 East Adams - Suite 800
Chicago, IL 60603


Teller, Levit & Silvertrust
c/o Edward Margolis
11 East Adams - Suite 800
Chicago, IL 60603


Teller, Levit & Silvertrust
c/o Edward Margolis
11 East Adams - Suite 800
Chicago, IL 60603


The Law Offices of M.H. Cohon
P.O. Box 636
Morton Grove, IL 60053


The Law Offices of M.H. Cohon
P.O. Box 636
Morton Grove, IL 60053


The Law Offices of M.H. Cohon
P.O. Box 636
Morton Grove, IL 60053

The Law Offices of M.H. Cohon
P.O. Box 636
Morton Grove, IL 60053


The Law Offices of M.H. Cohon
P.O. Box 636
Morton Grove, IL 60053


Total Stealth
6808 Hobson Valley Drive
Unit 105
Woodridge, IL 60517


US Bank
P.O. Box 790179
63rd Street
Saint Louis, MO 63179-0179


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Village of Bridgeview
7500 South Oketo
Bridgeview, IL 60455


Village of Oak Lawn
9446 Raymond Avenue
Oak Lawn, IL 60453


Waste Management
P.O. Box 4648
Carol Stream, IL 60197


Waste Management
P.O. Box 4648
Carol Stream, IL 60197


Waste Management
P.O. Box 4648
Carol Stream, IL 60197


Waste Management
P.O. Box 4648
Carol Stream, IL 60197

```
William Bryan
27926 Dixie Highway
Homewood, IL 60430


William E. Boylan
381 East St. Charles Oil
Carol Stream, IL 60188


William E. Boylan
381 East St. Charles Oil
Carol Stream, IL 60188


William E. Boylan
381 East St. Charles Oil
Carol Stream, IL 60188


William E. Boylan
381 East St. Charles Oil
Carol Stream, IL 60188


William E. Boylan
381 East St. Charles Oil
Carol Stream, IL 60188
```

# United States Bankruptcy Court
### Northern District of Illinois

In re   **O-E Illinois, Inc.**

Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __O-E Illinois, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 12, 2009**

Date

**/s/ Michael White**

**Michael White 3001830**

Signature of Attorney or Litigant

Counsel for   **O-E Illinois, Inc.**

**Michael White**
**20 North Clark Street**
**Suite 1650**
**Chicago, IL 60602**
**312-236-4544 Fax:312-236-0182**
**MWhit1967@aol.com**